IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE CRIMINAL COMPLAINT AND | ) |
| | ) Misc. No. 1: 11 MJ26 A |
| ARREST WARRANT | ) |
| | ) |

## MOTION TO SEAL

Comes now the United States of America, by and through its attorneys, Peter F. Neronha, United States Attorney, and Andrew J. Reich, Assistant United States Attorney, and moves that the accompanying documents and this Motion to Seal be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

PETER F. NERONHA
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

SO ORDERED:

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

DATE: 2/3/11